1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
4 | Fox Plaza, 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
5 | Telephone:  (415) 554-3913
Facsimile:   (415) 554-3837
6 | E-Mail:      james.hannawalt@sfgov.org

7 | Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
8 |
JOHN L. BURRIS ESQ., SBN 69888
9 | LATEEF GRAY ESQ., SBN 250055
JAMES COOK ESQ., SBN 300212
10 | LAW OFFICES OF JOHN L. BURRIS
AIRPORT CORPORATE CENTRE
11 | 7677 OAKPORT STREET, SUITE 1120
OAKLAND, CALIFORNIA 94621
12 | TELEPHONE: (510) 839-5200
FACSIMILE: (510) 839-3882
13 | LATEEF.GRAY@JOHNBURRISLAW.COM

14 | Attorneys for Plaintiffs
DERRICK GAINES and JENNIFER GAINES
15 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK GAINES, an individual; and JENNIFER GAINES, an individual,<br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; GREGORY SUHR, individually and in his official capacity as Police Chief for the CITY AND COUNTY OF SAN FRANCISCO; SHAUGHN RYAN, MICHAEL NGUYEN, DANIEL CASEY, "FNU" KING, individually and in their capacities as Police Officers for the CITY OF SAN FRANCISCO POLICE DEPARTMENT; and DOES 1-50, inclusive, individually and in their capacities as law enforcement agents and/or personnel for the SAN FRANCISCO POLICE DEPARTMENT,<br>    Defendants. | Case No. 4:16-CV-01261 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MANDATORY SETTLEMENT CONFERENCE HEARING DATE**.<br><br>Hearing Date:    September 21, 2016<br>Settlement Judge:  Kandis Westmore<br>Time:    10 am<br>Place:    1301 Clay Street, Oakland<br><br>Trial Date:    July 17, 2017 |

The Parties, having met and conferred, respectfully file this administrative motion to request that this Court continue the hearing date for the Mandatory Settlement Conference from September 21, 2016 until October 5, 2016, or another date available to the court.

The requested change is necessary because the parties have not yet obtained plaintiffs' medical and telephone records which are necessary for evaluation of the case. Plaintiffs requested these records. However, when plaintiffs' counsel advised defense counsel that it had not yet obtained these records at the time plaintiff Derrick Gaines was deposed on August 31, 2016, defense counsel issued subpoenas for the records of plaintiffs' health care providers identified in plaintiffs' initial disclosures. Responses to those subpoenas are due on or before September 30, 2016. As of this date, plaintiffs'; counsel has not yet received the requested telephone and medical records.

Dated:  9/12/2016

    DENNIS J. HERRERA
    City Attorney
    CHERYL ADAMS
    Chief Trial Deputy
    JAMES F. HANNAWALT
    Deputy City Attorney

    By:  */s/ James F. Hannawalt*
    JAMES F. HANNAWALT

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

Dated:  9/12/2016

    LAW OFFICES OF JOHN L. BURRIS

    By:  */s/ Lateef H. Gray*
    LATEEF H. GRAY

    Attorney for Plaintiffs
    DERRICK GAINES and JENNIFER GAINES

**[PROPOSED] ORDER**

Based on the above stipulation, and for good cause appearing, the hearing for the Mandatory Settlement Conference in this case is continued from September 21, 2016 to  November 9, 2016  .

IT IS SO ORDERED

_____
HON. KANDIS WESTMORE
United States Magistrate Judge